Denison Cotton Mill Company, Respondent, v. Herx & Eddy, Appellant.— Judgment and order affirmed, with costs. No opinion. Present, — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.; Smith, J., dissented; Laughlin, J., dissented and voted for reversal and new trial unless plaintiff stipulate to reduce verdict to one-third.

James U. Dennis, as Executor, etc., Respondent, v. General Accident, Fire and Life Assurance Corporation, Limited, of Perth, Scotland, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Michael Gorman, Respondent, v. Levering & Garrigues Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Dennis B. Hennessy, Respondent, v. The Schubert Piano Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

James C. Sullivan, Respondent, v. Samuel Bernstein, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.